# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION
### CIVIL ACTION NO. 3:24-CV-00802-KDB-SCR

| | |
|---|---|
| **AARON MACOM,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | |
| ) | **ORDER** |
| **LENDINGTREE, LLC, et. al.,** ) | |
| ) | |
| **Defendants.** ) | |

**THIS MATTER** is before the Court on the "Motion[s] for Admission *Pro Hac Vice* and Affidavit[s] [for Steven M. Nathan and James J. Pizzirusso]" (Doc. Nos. 4-5) filed September 13, 2024. For the reasons set forth therein, the Motions will be <u>granted</u>.

The Clerk is directed to send copies of this Order to counsel for the parties, including but not limited to moving counsel <u>and to the Honorable Kenneth D. Bell.</u>

**SO ORDERED**.    Signed: September 13, 2024

*[Signature]*

Susan C. Rodriguez
United States Magistrate Judge