IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:24-CV-00802-KDB-SCR

| | |
|---|---|
| AARON MACOM,<br><br>Plaintiff,<br><br>v.<br><br>QUOTEWIZARD.COM, LLC<br>LENDINGTREE, LLC<br>SNOWFLAKE, INC.,<br><br>Defendants. | **ORDER** |

**THIS MATTER** is before the Court on the parties' Joint Motion to Stay further proceedings, pending the decision of the Judicial Panel on Multidistrict Litigation ("JPML") on the motion for transfer and consolidation filed in Multidistrict Litigation Petition ("MDL") No. 3126. (Doc. No. 12). For good cause shown, this Motion will be **GRANTED**, and further proceedings in this case are hereby stayed pending the JPML's ruling.

**NOW THEREFORE IT IS ORDERED THAT** further proceedings in this case will be stayed pending the JPML's ruling. Should the JPML deny centralization of the actions that are the subject of the MDL Petition, within fourteen (14) days of the JPML's ruling, the parties will confer and jointly submit a proposed order lifting the stay and a revised schedule for responsive pleadings for the Court's review and approval.

**SO ORDERED ADJUDGED AND DECREED**.

Signed: October 3, 2024

Kenneth D. Bell
United States District Judge

1